# PRESCRIPTION ORDER FORM
## NYRX PHARMACY INC.
179-07 Union Turnpike, Fresh Meadows, NY, 11366
Tel: 718-673-7272   FAX: 718-673-7327

ALL COMPOUNDED MEDICATIONS ARE PREPARED IN COMPLIANCE WITH FEDERAL REGULATIONS GOVERNING COMPOUNDS. COMPOUNDS ARE AVAILABLE BY PRESCRIPTION ONLY. THIS FACSIMILE TRANSMISSION IS INTENDED TO BE DELIVERED TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND PROPRIETARY OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF IT RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE PLEASE DESTROY. COPYRIGHT 2019

NAME: _____ D.O.B: _____ D.O.A: _____
ADDRESS: _____ CITY: _____ STATE: _____ ZIP: _____
PHONE: (___) _____ ALLERGIES _____
ICD-9/BODYPARTS: _____

### LIDOCAINE 5% OINTMENT
SIG: APPLY UP TO AFFECTED AREAS TWICES A DAY
DISP. ____ 150 ____ 200 ____ 250gr
REFILLS ____

### CeleBREX 200 MG Oral Capsule
DISP: ____ 30 ____ 60 ____ 90
SIG: _____
REFILLS ____

### LIDODERM 5% PATCH
SIG: APPLY UP TO 3 PATCHES TO AFFECTED AREA 12 HOURS ON 12 HOURS OFF
DISP: ____ 30 ____ 60 ~~90~~
REFILLS: ____

### DICLOFENAC SODIUM 3% GEL
SIG: APPLY TO AFFECTED AREAS TWICE A DAY
DISP ____ 100 ✓ 200 ____ 300 Grams
REFILLS: ____

### DICLOFENAC SODIUM 3% GEL 100 GRAM WITH LIDOCAINE OINTMENT 5% 150 GRAM
APPLY TO AFFECTED AREAS TWICE A DAY
DISP. 250 GRAMS
REFILLS ____

### NAPROXEN 550MG
SIG _____
DISP ____ 30 ____ 60 ____ 90
REFILLS ____

### NEXIUM 20MG
SIG _____
DISP: ____ 30 ____ 60 ____ 90
REFILLS ____

### FLEXIRIL 5MG
SIG. _____
DISP. ____ 30 ____ 60 ____ 90
REFILLS: ____

### BACLOFEN 20 mg
SIG: _____
DISP ____ 60 ____ 90 ____ 120
REFILLS: ____

SIG: _____
DISP. ____ 30 ____ 60 ____ 90
REFILLS: ____

### PRESCRIBER INFORMATION:
NAME: DENNY RODRIGUEZ
ADDRESS: 170 W 233rd STREET SUITE 1A BRONX, NY, 10463
PHONE: (718) 601-1600
NPI # 1619033677      LIC# 242152

STATEMENT OF MEDICAL NECESSITY:
SIDE EFFECTS ASSOCIATED WITH ORAL ADMINISTRATION CAN OFTEN BE AVOIDED WHEN MEDICATIONS ARE USED TOPICALLY. WHEN MEDICATIONS ARE ADMINISTERED TOPICALLY, THEY ARE NOT ABSORBED THROUGH THE GASTROINTESTINAL SYSTEM AND DO NOT UNDERGO FIRST-PASS HEPATIC METABOLISM. TOPICAL CREAMS/PATCHES WILL BE USED IN CONJUNCTION WITH LOWER DOSES OF ORAL MEDICATIONS TO PREVENT DEPENDENCE AND SIDE EFFECTS OF ORAL MEDICATIONS

PHYSICIAN SIGNATURE _____
Date: 01-30-19

## PRESCRIPTION ORDER FORM
### NYRX PHARMACY INC.
179-07 Union Turnpike, Fresh Meadows, NY, 11366
Tel: 718-673-7272   FAX: 718-673-7327

ALL COMPOUND TOPICAL CREAMS ARE PREPARED IN ACCORDANCE WITH STATE AND FEDERAL REGULATIONS GOVERNING COMPOUNDS. COMPOUNDS ARE AVAILABLE BY PRESCRIPTION ONLY. THIS FACSIMILE TRANSMISSION IS INTENDED TO BE DELIVERED TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND PROPRIETARY OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF IT RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE PLEASE DESTROY. COPYRIGHT 2019

NAME: ████████████   D.O.B: _____   D.O.A: _____
ADDRESS: _____   CITY: _____   STATE: ___   ZIP: ___
PHONE: (___) _____   ALLERGIES: _____
ICD-9/BODYPARTS _____

**LIDOCAINE 5% OINTMENT**
SIG: APPLY UP TO AFFECTED AREAS TWICE A DAY
DISP: ___ 150 ___ 200 ___ 250gr
REFILLS: ___

**CeleBREX 200 MG Oral Capsule**
DISP __ 30 __ 60 __ 90
SIG: _____
REFILLS: ___

**LIDODERM 5% PATCH**
SIG: APPLY UP TO 3 PATCHES TO AFFECTED AREA 12 HOURS ON 12 HOURS OFF
DISP: __ 30 __ 60 _X_ 90
REFILLS: ___

**DICLOFENAC SODIUM 3% GEL**
SIG: APPLY TO AFFECTED AREAS TWICE A DAY
DISP: __ 100 _X_ 200 __ 300 Grams
REFILLS: ___

**DICLOFENAC SODIUM 3% GEL 100 GRAM WITH LIDOCAINE OINTMENT 5% 150 GRAM**
APPLY TO AFFECTED AREAS TWICE A DAY
DISP: 250 GRAMS
REFILLS: ___

**NAPROXEN 550MG**
SIG: _____
DISP: __ 30 __ 60 __ 90
REFILLS: ___

**NEXIUM 20MG**
SIG: _____
DISP: __ 30 __ 60 __ 90
REFILLS: ___

**FLEXIRIL 5MG**
SIG: _____
DISP: __ 30 __ 60 __ 90
REFILLS: ___

**BACLOFEN 20 mg**
SIG: _____
DISP: __ 60 __ 90 __ 120
REFILLS: ___

SIG: _____
DISP: __ 30 __ 60 __ 90
REFILLS: ___

**PRESCRIBER INFORMATION:**
NAME: DENNY RODRIGUEZ
ADDRESS: 170 W 233rd STREET SUITE 1A BRONX, NY, 10463
PHONE: (718) 601-1600
NPI # 1619033677        LIC# 242152

**STATEMENT OF MEDICAL NECESSITY:**
SIDE EFFECTS ASSOCIATED WITH ORAL ADMINISTRATION CAN OFTEN BE AVOIDED WHEN MEDICATIONS ARE USED TOPICALLY. WHEN MEDICATIONS ARE ADMINISTERED TOPICALLY, THEY ARE NOT ABSORBED THROUGH THE GASTROINTESTINAL SYSTEM AND DO NOT UNDERGO FIRST-PASS HEPATIC METABOLISM. TOPICAL CREAMS/PATCHES WILL BE USED IN CONJUNCTION WITH LOWER DOSES OF ORAL MEDICATIONS TO PREVENT DEPENDENCE AND SIDE EFFECTS OF ORAL MEDICATIONS

PHYSCIAN SIGNATURE: _____
Date: 3-13-19

# PRESCRIPTION ORDER FORM

FAX: 718-704-0818

ALL COMPOUND TOPICAL CREAMS PREPARED IN ACCORDANCE WITH STATE AND FEDERAL REGULATIONS GOVERNING COMPOUNDS. COMPOUNDS ARE AVAILABLE BY PRESCRIPTION ONLY. THIS FACSIMILE TRANSMISSION IS INTENDED TO BE DELIVERED TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND PROPRIETARY OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF IT RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE PLEASE DESTROY. COPYRIGHT 2016

NAME: [redacted]
ADDRESS: _____ D.O.B: [redacted] D.O.A: _____
PHONE: (___) _____ CITY: _____ STATE: _____ ZIP: _____
ALLERGIES: _____
ICD-9/BODYPARTS: _____

**IBUPROFEN TABS 800 MG**
SIG: _____
DISP: __30 __60 __90
REFILLS: _____

**NAPROXEN 550MG**
SIG: _____
DISP: __30 __60 __90
REFILLS: _____

**LIDOCAINE 5% OINTMENT**
SIG: APPLY UP TO AFFECTED AREAS TWICES A DAY
DISP: __100 __150 __200 __250
REFILLS: _____

**DICLOFENAC SODIUM 3% GEL**
SIG: APPLY TO AFFECTED AREAS TWICE A DAY
DISP: ✓100 __200 __300 Grams
REFILLS: 1

**DICLOFENAC SODIUM 3% GEL 100 GRAM WITH LIDOCAINE OINTMENT 5% 50 GRAM**
APPLY TO AFFECTED AREAS TWICE A DAY
DISP: 150 GRAMS
REFILLS: _____

**CELEBREX 200 MG Oral Capsule**
SIG: _____
DISP: __30 __60 __90
REFILLS: _____

**NEXIUM 20MG**
SIG: _____
DISP: __30 __60 __90
REFILLS: _____

**FLEXERIL 10MG**
SIG: _____
DISP: __30 __60 __90
REFILLS: _____

**BACLOFEN 10 mg**
SIG: _____
DISP: __60 __90 __120
REFILLS: _____

**Lidocaine Patch 5%**
SIG: _____
DISP: ✓30 __60 __90
REFILLS: _____

**PRESCRIBER INFORMATION:**
NAME: Boleslav Koshorskyy MD
ADDRESS: 96-18 63RD DRIVE REGO PARK NY 11374
PHONE: 718-998-9890
NPI # 1922081264    LIC# 254893

STATEMENT OF MEDICAL NECESSITY:
SIDE EFFECTS ASSOCIATED WITH ORAL ADMINISTRATION CAN OFTEN BE AVOIDED WHEN MEDICATIONS ARE USED TOPICALLY. WHEN MEDICATIONS ARE ADMINISTERED TOPICALLY, THEY ARE NOT ABSORBED THROUGH THE GASTROINTESTINAL SYSTEM AND DO NOT UNDERGO FIRST-PASS HEPATIC METABOLISM. TOPICAL CREAMS/PATCHES WILL BE USED IN CONJUNCTION WITH LOWER DOSES OF ORAL MEDICATIONS TO PREVENT DEPENDENCE AND SIDE EFFECTS OF ORAL MEDICATIONS

PHYSICIAN SIGNATURE: [signature]
Date: 4/17/19

| PRESCRIPTION ORDER FORM<br>FAX: 718-704-0818 | ALL COMPOUND TOPICAL CREAMS ARE PREPARED IN ACCORDANCE WITH STATE AND FEDERAL REGULATIONS GOVERNING COMPOUNDS. COMPOUNDS ARE AVAILABLE BY PRESCRIPTION ONLY. THIS FACSIMILE TRANSMISSION IS INTENDED TO BE DELIVERED TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND PROPRIETARY OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF IT RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE PLEASE DESTROY. COPYRIGHT 2016 |
|---|---|

NAME: ███████████  D.O.B: _____  D.O.A: _____
ADDRESS: _____ CITY: _____ STATE: ___ ZIP: ___
PHONE: (___) _____ ALLERGIES: _____
ICD-9/BODYPARTS: _____

### COMPOUND 220N:
KETOPROFEN POW 40 GRAMS
BACLOFEN POW 2 GRAMS
LIDOCAINE POW 2.5 GRAMS
CYCLOBENZAPRINE POW 2 GRAMS
GABAPENTIN POW 6 GRAMS
ETHOXY DIGLYCOL LIQ 17 ML
PENTRAVAN CREAM 50 GRAMS

DISP: 120 GRAMS    REFILLS: _____
SIG: APPLY TO AFFECTED AREA TID

### COMPOUND 220W:
FLURBIPROFEN POW 20 GRAMS
BACLOFEN POW 4 GRAMS
LIDOCAIN POW 5 GRAMS
GABAPENTIN POW 6 GRAMS
CYCLOBENZAPRINE POW 2 GRAMS
ETHOXY DIGLYCOL LIQ 15 ML
PENTRAVAN CREAM 48 GRAMS

DISP: 100 GRAMS    REFILLS: _____
SIG: APPLY TO AFFECTED AREA TID

### DICLOFENAC SODIUM 3% GEL 100GR WITH LIDOCAINE OINTMENT 5% 50GR
APPLY TO AFFECTED AREAS TWICE A DAY
DISP: 150 GRAMS
REFILLS: _____

### NAPROXEN 550MG
SIG: ī tab PO BID
DISP: ~~60~~ ~~90~~ 120 [circled]
REFILLS: _____

### MOBIC TABS 15MG
SIG: _____
DISP: ___ 60 ___ 90 ___ 120
REFILLS: _____

### FLEXIRIL 10MG
SIG: ī tab PO QHS
DISP: 30 60 90 [60 circled]
REFILLS: 0

### NEXIUM 20MG
SIG: _____
DISP: ___ 30 ___ 60 ___ 90
REFILLS: _____

SIG: _____
DISP: ___ 30 ___ 60 ___ 90
REFILLS: _____

### CeleBREX 200 MG Oral Capsule
DISP: ___ 30 ___ 60 ___ 90
SIG: _____
REFILLS: _____

### DICLOFENAC SODIUM 3% GEL
SIG: APPLY TO AFFECTED AREAS TWICE A DAY
DISP: ___ 100 200 ___ 300 [200 circled]
REFILLS: 0

### PRESCRIBER INFORMATION:
NAME: CLAUDIA H GERIS
ADDRESS: 513 CHURCH AVE, BROOKLYN, NY, 11218
PHONE: 718-686-0800
NPI # 1306170428    LIC# 006939

STATEMENT OF MEDICAL NECESSITY:
SIDE EFFECTS ASSOCIATED WITH ORAL ADMINISTRATION CAN OFTEN BE AVOIDED WHEN MEDICATIONS ARE USED TOPICALLY. WHEN MEDICATIONS ARE ADMINISTERED TOPICALLY, THEY ARE NOT ABSORBED THROUGH THE GASTROINTESTINAL SYSTEM AND DO NOT UNDERGO FIRST-PASS HEPATIC METABOLISM. TOPICAL CREAMS/PATCHES WILL BE USED IN CONJUNCTION WITH LOWER DOSES OF ORAL MEDICATIONS TO PREVENT DEPENDENCE AND SIDE EFFECTS OF ORAL MEDICATIONS

PHYSICIAN SIGNATURE: [signature]
Date: 4/25/19

## PRESCRIPTION ORDER FORM

**WELLMARY RX INC.**
219-18 JAMAICA VE QUEENS VILLAGE NY, 11428
TEL: 718-704-0808 FAX: 718-704-0818

ALL COMPOUND TOPICAL CREAMS ARE PREPARED IN ACCORDANCE WITH STATE AND FEDERAL REGULATIONS GOVERNING COMPOUNDS. COMPOUNDS ARE AVAILABLE BY PRESCRIPTION ONLY. THIS FACSIMILE TRANSMISSION IS INTENDED TO BE DELIVERED TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND PROPRIETARY OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF IT RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE PLEASE DESTROY. COPYRIGHT 2016

NAME: ▮▮▮▮▮▮▮▮▮▮
D.O.B:_____ D.O.A:_____
ADDRESS:_____ CITY:_____ STATE:_____ ZIP:_____
PHONE:(___)_____ ALLERGIES:_____
ICD-9/BODYPARTS:_____

### COMPOUND KETOPROFEN:
KETOPROFEN POW 60 GRAMS
BACLOFEN POW 3 GRAMS
LIDOCAINE POW 3.75 GRAMS
CYCLOBENZAPRINE POW 3 GRAMS
GABAPENTIN POW 9 GRAMS
ETHOXY DIGLYCOL LIQ 26.25 ML
PENTRAVAN CREAM 75 GRAMS

DISP: 150 GRAMS    REFILLS:_____
SIG: APPLY TO AFFECTED AREA TID

### COMPOUND FLURBIPROFEN:
FLURBIPROFEN POW 20 GRAMS
BACLOFEN POW 4 GRAMS
LIDOCAIN POW 5 GRAMS
GABAPENTIN POW 6 GRAMS
CYCLOBENZAPRINE POW 2 GRAMS
ETHOXY DIGLYCOL LIQ 15 ML
PENTRAVAN CREAM 48 GRAMS

DISP: 100 GRAMS    REFILLS:_____
SIG: APPLY TO AFFECTED AREA TID

### LIDODERM 5% PATCH
SIG: APPLY UP TO 3 PATCHES TO AFFECTED AREA 12 HOURS ON 12 HOURS OFF
DISP: ___ 30 ___ 60 ___ 90

### LIDOCAINE OINTMENT 5%
APPLY TO AFFECTED AREAS TWICE A DAY
DISP: ___ 100 ___ 150 ___ 200 ___ 250 Grams
REFILLS:_____

### DICLOFENAC SODIUM 5% GEL
SIG: APPLY TO AFFECTED AREAS TWICE A DAY
DISP: ___ 100 (200) ___ 300 Grams
REFILLS:_____

### NAPROXEN 550MG
SIG:_____
DISP: ___ 60 ___ 90 ___ 120
REFILLS:_____

### MOBIC 20MG
SIG:_____
DISP: ___ 30 ___ 60 ___ 90
REFILLS:_____

### FLEXERIL 10MG
SIG:_____
DISP: ___ 30 ___ 60 ___ 90
REFILLS:_____

### CeleBREX 200 MG Oral Capsule
DISP: ___ 30 ___ 60 ___ 90
SIG:_____
REFILLS:_____
SIG:_____
DISP: ___ 30 ___ 60 ___ 90
REFILLS:_____

### PRESCRIBER INFORMATION:
NAME: JORDAN FERSEL M.D.
PHONE: 718-356-9222
NPI # 1881685519
STATEMENT OF MEDICAL NECESSITY:

SIDE EFFECTS ASSOCIATED WITH ORAL ADMINISTRATION CAN OFTEN BE AVOIDED WHEN MEDICATIONS ARE USED TOPICALLY. WHEN MEDICATIONS ARE ADMINISTERED TOPICALLY, THEY ARE NOT ABSORBED THROUGH THE GASTROINTESTINAL SYSTEM AND DO NOT UNDERGO FIRST-PASS HEPATIC METABOLISM. TOPICAL CREAMS/PATCHES WILL BE USED IN CONJUNCTION WITH LOWER DOSES OF ORAL MEDICATIONS TO PREVENT DEPENDENCE AND SIDE EFFECTS OF ORAL MEDICATIONS.

PHYSICIAN SIGNATURE: _____
Date: 7/27/18

# PRESCRIPTION ORDER FORM

**NYRX PHARMACY INC.**
179-07 Union Turnpike Fresh Meadows, NY, 11366
Tel: 718-673-7272   FAX: 718-673-7327

ALL COMPOUND TOPICAL CREAMS ARE PREPARED IN ACCORDANCE WITH STATE AND FEDERAL REGULATIONS GOVERNING COMPOUNDS. COMPOUNDS ARE AVAILABLE BY PRESCRIPTION ONLY. THIS FACSIMILE TRANSMISSION IS INTENDED TO BE DELIVERED TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND PROPRIETARY OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF IT RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE PLEASE DESTROY. COPYRIGHT 2015

NAME: ▓▓▓▓▓▓▓▓▓▓   D.O.B.: _____   D.O.A.: _____
ADDRESS: _____   CITY: _____   STATE: _____   ZIP: _____
PHONE: (___) _____   ALLERGIES: _____
ICD-9/BODYPARTS: _____

**IBUPROFEN TABS 600 MG**
SIG: _____
DISP: __30 __60 __90
REFILLS: _____

**NAPROXEN 550MG**
SIG: _____
DISP: __30 __60 __90
REFILLS: _____

**LIDOCAINE 5% OINTMENT**
SIG: APPLY UP TO AFFECTED AREAS TWICES A DAY
DISP: __100 __150 __200 __250gr
REFILLS: _____

**DICLOFENAC SODIUM 3% GEL**
SIG: APPLY TO AFFECTED AREAS TWICE A DAY
DISP: __100 __200 __300 Grams
REFILLS: _____

**DICLOFENAC SODIUM 3% GEL 100 GRAM WITH LIDOCAINE OINTMENT 5% 100 GRAM**
APPLY TO AFFECTED AREAS TWICE A DAY
DISP: 200 GRAMS
REFILLS: _____

**CeleBREX 200 MG Oral Capsule**
SIG: _____
DISP: __30 __60 __90
REFILLS: _____

**NEXIUM 20MG**
SIG: _____
DISP: __30 __60 __90
REFILLS: _____

**FLEXERIL 10MG**
SIG: one tab nightly
DISP: __30 __60 __90
REFILLS: none

**BACLOFEN 10 mg**
SIG: _____
DISP: __60 __90 __120
REFILLS: _____

SIG: _____
DISP: __30 __60 __90
REFILLS: _____

**PRESCRIBER INFORMATION:** MD.
NAME: Joseph Jimenez
**METRO PAIN SPECIALIST PC**
ADDRESS: 2451 E. Tremont Ave, Bronx, NY 10461
PHONE: 718-039-3123
NPI # 1437310448   LIC# 289551-1

**STATEMENT OF MEDICAL NECESSITY:**
SIDE EFFECTS ASSOCIATED WITH ORAL ADMINISTRATION CAN OFTEN BE AVOIDED WHEN MEDICATIONS ARE USED TOPICALLY. WHEN MEDICATIONS ARE ADMINISTERED TOPICALLY, THEY ARE NOT ABSORBED THROUGH THE GASTROINTESTINAL SYSTEM AND DO NOT UNDERGO FIRST-PASS HEPATIC METABOLISM. TOPICAL CREAMS/PATCHES WILL BE USED IN CONJUNCTION WITH LOWER DOSES OF ORAL MEDICATIONS TO PREVENT DEPENDENCE AND SIDE EFFECTS OF ORAL MEDICATIONS

PHYSICIAN SIGNATURE: [signed]
Date: 5/6/18

# PRESCRIPTION ORDER FORM

**WELLMART RX INC.**
219-19 JAMAICA AVE QUEENS VILLAGE NY, 11428
TEL: 718-704-0808 FAX: 718-704-0818

ALL COMPOUND TOPICAL CREAMS ARE PREPARED IN ACCORDANCE WITH STATE AND FEDERAL REGULATIONS GOVERNING COMPOUNDS. COMPOUNDS ARE AVAILABLE BY PRESCRIPTION ONLY. THIS FACSIMILE TRANSMISSION IS INTENDED TO BE DELIVERED TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND PROPRIETARY OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF IT RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE PLEASE DESTROY. COPYRIGHT 2016

NAME: [redacted]
ADDRESS: [redacted]
PHONE:(    )                ALLERGIES:
ICD-9/BODYPARTS:
D.O.B:          D.O.A:
CITY:           STATE:   ZIP:

## COMPOUND KETOPROFEN:
KETOPROFEN POW 60 GRAMS
BACLOFEN POW 3 GRAMS
LIDOCAINE POW 3.75 GRAMS
CYCLOBENZAPRINE POW 3 GRAMS
GABAPENTIN POW 9 GRAMS
ETHOXY DIGLYCOL LIQ 26.25 ML
PENTRAVAN CREAM 75 GRAMS

Rx#:60067   Rf# 0   9/7/2018 GC   DOB 4/11/1957
LOPEZ, EVELYN   [NO]
248 WAINWRIGHT AVE STATEN ISLAND NY 10312
#: 200 DICLOFENAC GEL 3%
Dr FERSEL, JORDAN (718)356-9222 Lic # 162725 DEA #
Copay $0.00  Ins Paid $2269.56  Auth#     68462-0355-94

APPLY TO AFFECTED AREAS TWICE A DAY
DISP: ___100 ___150 ___200 ___250 Grams
REFILLS: ___

## COMPOUND FLURBIPROFEN:
FLURBIPROFEN POW 20 GRAMS
BACLOFEN POW 4 GRAMS
LIDOCAIN POW 5 GRAMS
GABAPENTIN POW 6 GRAMS
CYCLOBENZAPRINE POW 2 GRAMS
ETHOXY DIGLYCOL LIQ 15 ML
PENTRAVAN CREAM 48 GRAMS

100 GRAMS
APPLY TO AFFECTED AREA TID
REFILLS:

## LIDODERM 5% PATCH
SIG: APPLY UP TO 3 PATCHES TO AFFECTED AREA 12 HOURS ON 12 HOURS OFF
DISP: ___30 ___60 ___90
REFILLS: ___

## DICLOFENAC SODIUM 3% GEL
SIG: APPLY TO AFFECTED AREAS TWICE A DAY
DISP: ___100 (200) ___300 Grams
REFILLS: 0

## NAPROXEN 550MG
SIG:
DISP: ___60 ___90 ___120
REFILLS:

## NEXIUM 20MG
SIG:
DISP: ___30 ___60 ___90
REFILLS:

## FLEXIRIL 10MG
SIG:
DISP: ___30 ___60 ___90
REFILLS:

## CeleBREX 200 MG Oral Capsule
DISP: ___30 ___60 ___90
SIG:
REFILLS:

SIG:
DISP: ___30 ___60 ___90
REFILLS:

## PRESCRIBER INFORMATION:
NAME: JORDAN FERSEL M.D.
PHONE: 718-356-9222
NPI # 1881685519
UC#: 049662   NY- 162725
STATEMENT OF MEDICAL NECESSITY:

SIDE EFFECTS ASSOCIATED WITH ORAL ADMINISTRATION CAN OFTEN BE AVOIDED WHEN MEDICATIONS ARE USED TOPICALLY. WHEN MEDICATIONS ARE ADMINISTERED TOPICALLY, THEY ARE NOT ABSORBED THROUGH THE GASTROINTESTINAL SYSTEM AND DO NOT UNDERGO FIRST-PASS HEPATIC METABOLISM. TOPICAL CREAMS/PATCHES WILL BE USED IN CONJUNCTION WITH LOWER DOSES OF ORAL MEDICATIONS TO PREVENT DEPENDENCE AND SIDE EFFECTS OF ORAL MEDICATIONS.

PHYSICIAN SIGNATURE: [signature]
Date: 8/31/18

## PRESCRIPTION ORDER FORM
### NYRX PHARMACY INC.
179-07 Union Turnpike Fresh Meadows, NY, 11366
Tel: 718-673-7272   FAX: 718-673-7327

ALL COMPOUND TOPICAL CREAMS ARE PREPARED IN ACCORDANCE WITH STATE AND FEDERAL REGULATIONS GOVERNING COMPOUNDS. COMPOUNDS ARE AVAILABLE BY PRESCRIPTION ONLY. THIS FACSIMILE TRANSMISSION IS INTENDED TO BE DELIVERED TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND PROPRIETARY OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF IT RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE PLEASE DESTROY. COPYRIGHT 2016.

NAME: ███   D.O.B.: ███   D.O.A: _____
ADDRESS: _____   CITY: _____   STATE: _____   ZIP: _____
PHONE: (___) _____   ALLERGIES: _____
ICD-9/BODYPARTS: _____

**IBUPROFEN TABS 600 MG**
SIG: _____
DISP: __30 __60 __90
REFILLS: _____

**NAPROXEN 550MG**
SIG: _____
DISP: __30 __60 __90
REFILLS: _____

**LIDOCAINE 5% OINTMENT**
SIG: APPLY UP TO AFFECTED AREAS TWICES A DAY
DISP: __100 __150 __200 __250gr
REFILLS: _____

**DICLOFENAC SODIUM 3% GEL**
SIG: APPLY TO AFFECTED AREAS TWICE A DAY
DISP: __100 __200 __300 Grams
REFILLS: _____

**DICLOFENAC SODIUM 3% GEL 100 GRAM WITH LIDOCAINE OINMENT 5% 100 GRAM** (circled)
APPLY TO AFFECTED AREAS TWICE A DAY
DISP: 200 GRAMS (circled)
REFILLS: One

**CeleBREX 200 MG Oral Capsule**
SIG: _____
DISP: __30 __60 __90
REFILLS: _____

**NEXIUM 20MG**
SIG: _____
DISP: __30 __60 __90
REFILLS: _____

**FLEXIRIL 10MG**
SIG: _____
DISP: __30 __60 __90
REFILLS: _____

**BACLOFEN 10 mg**
SIG: _____
DISP: __60 __90 __120
REFILLS: _____

PRESCRIBER INFORMATION: MD.
NAME: Joseph Jimenez
**METRO PAIN SPECIALIST PC**
ADDRESS: 2451 E. Tremont Ave Bronx, NY 10461
PHONE: 718-239-8123
NPI # 1437310448   LIC# 289551-1

STATEMENT OF MEDICAL NECESSITY:
SIDE EFFECTS ASSOCIATED WITH ORAL ADMINISTRATION CAN OFTEN BE AVOIDED WHEN MEDICATIONS ARE USED TOPICALLY. WHEN MEDICATIONS ARE ADMINISTERED TOPICALLY, THEY ARE NOT ABSORBED THROUGH THE GASTROINTESTINAL SYSTEM AND DO NOT UNDERGO FIRST-PASS HEPATIC METABOLISM. TOPICAL CREAMS/PATCHES WILL BE USED IN CONJUNCTION WITH LOWER DOSES OF ORAL MEDICATIONS TO PREVENT DEPENDENCE AND SIDE EFFECTS OF ORAL MEDICATIONS

SIG: _____
DISP: __30 __60 __90
REFILLS: _____

PHYSICIAN SIGNATURE: _[signed]_
Date: 9/13/18

## PRESCRIPTION ORDER FORM

**WELLMART RX INC.**
219-13 JAMAICA VE QUEENS VILLAGE NY, 11428
TEL: 718-704-0508 FAX: 718-704-0818

ALL COMPOUND TOPICAL CREAMS ARE PREPARED IN ACCORDANCE WITH STATE AND FEDERAL REGULATIONS GOVERNING COMPOUNDS. COMPOUNDS ARE AVAILABLE BY PRESCRIPTION ONLY. THIS FACSIMILE TRANSMISSION IS INTENDED TO BE DELIVERED TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND PROPRIETARY OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF IT RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE PLEASE DESTROY. COPYRIGHT 2016

NAME: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ D.O.B: _____ D.O.A: _____
ADDRESS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ CITY: _____ STATE: _____ ZIP: _____
PHONE: (___) _____ ALLERGIES: _____
ICD-9/BODYPARTS: _____

### COMPOUND KETOPROFEN:
KETOPROFEN POW 60 GRAMS
BACLOFEN POW 3 GRAMS
LIDOCAINE POW 3.75 GRAMS
CYCLOBENZAPRINE POW 3 GRAMS
GABAPENTIN POW 9 GRAMS
ETHOXY DIGLYCOL LIQ 36.25 ML
PENTRAVAN CREAM 75 GRAMS

DISP: 180 GRAMS    REFILLS: _____
SIG: APPLY TO AFFECTED AREA TID

### COMPOUND FLURBIPROFEN:
FLURBIPROFEN POW 20 GRAMS
BACLOFEN POW 4 GRAMS
LIDOCAIN POW 5 GRAMS
GABAPENTIN POW 6 GRAMS
CYCLOBENZAPRINE POW 2 GRAMS
ETHOXY DIGLYCOL LIQ 15 ML
PENTRAVAN CREAM 48 GRAMS

DISP: 100 GRAMS    REFILLS: _____
SIG: APPLY TO AFFECTED AREA TID

### LIDODERM 5% PATCH
SIG: APPLY UP TO 3 PATCHES TO AFFECTED AREA 12 HOURS ON 12 HOURS OFF

DISP: __ 30 __ 60 __ 90
REFILLS: _____

### LIDOCAINE OINTMENT 5%
APPLY TO AFFECTED AREAS TWICE A DAY
DISP: __ 100 __ 150 __ 200 __ 250 Grams
REFILLS: _____

### DICLOFENAC SODIUM 5% GEL
SIG: APPLY TO AFFECTED AREAS TWICE A DAY
DISP: __ 100 (200) __ 300 Grams
REFILLS: _____

### NAPROXEN 550MG
SIG: _____
DISP: __ 60 __ 90 __ 120
REFILLS: _____

### NEXIUM 20MG
SIG: _____
DISP: __ 30 __ 60 __ 90
REFILLS: _____

### FLEXIRIL 10MG
SIG: _____
DISP: __ 30 __ 60 __ 90
REFILLS: _____

### CeleBREX 200 MG Oral Capsule
DISP: __ 30 __ 60 __ 90
SIG: _____
REFILLS: _____

SIG: _____
DISP: __ 30 __ 60 __ 90
REFILLS: _____

### PRESCRIBER INFORMATION:
NAME: JORDAN FERSEL M.D.
PHONE: 718-356-9222
NPI # 1881685519    UC# 049662    NY 162725

STATEMENT OF MEDICAL NECESSITY:
SIDE EFFECTS ASSOCIATED WITH ORAL ADMINISTRATION CAN OFTEN BE AVOIDED WHEN MEDICATIONS ARE USED TOPICALLY. WHEN MEDICATIONS ARE ADMINISTERED TOPICALLY, THEY ARE NOT ABSORBED THROUGH THE GASTROINTESTINAL SYSTEM AND DO NOT UNDERGO FIRST-PASS HEPATIC METABOLISM. TOPICAL CREAMS/PATCHES WILL BE USED IN CONJUNCTION WITH LOWER DOSES OF ORAL MEDICATIONS TO PREVENT DEPENDENCE AND SIDE EFFECTS OF ORAL MEDICATIONS

PHYSICIAN SIGNATURE _[signature]_
Date: 9/28/18

# PHYSICIAN ORDER

NAME: ▮▮▮   D.O.B: ▮▮▮   D.O.A: 10-2-18

ADDRESS: _____   CITY: _____   STATE: _____   ZIP: _____

TEL: _____   ICD-9/BODY PARTS _____

| MELOXICAM 15MG | LIDOCAINE 5% OINT. | PENNSAID (DICLOFENAC) 1.5% SOLUTION |
|---|---|---|
| QTY: 30 TABS | QTY: 150 GM | QTY: 150 ML |
| SIG: TAKE ONE TABLET DAILY WITH FOOD. | SIG: APPLY 1-2 GRAMS UP TO 4 TIMES A DAY AS NEEDED FOR PAIN. | SIG: APPLY 40 DROPS TO AFFECTED AREA 4 TIMES A DAY. |
| REFILLS: ___ | REFILLS: ___ | REFILLS: ___ |
| LIDODERM 5% PATCH | DICLOFENAC SODIUM 3% GEL (circled) | CELEBREX 200 MG ORAL CAPSULE |
| QTY: 30  60  90 | QTY: 100GM  200GM | QTY: 30 CAPS |
| SIG: APPLY 1-3 PATCHES TO AFFECTED AREAS FOR 12 HOURS DAILY. | SIG: APPLY TO AFFECTED AREAS TWICE A DAY. | SIG: TAKE ONE CAPSULE A DAY |
| REFILLS: ___ | REFILLS: 0 | REFILLS: ___ |

DRUG: _____

SIG: _____

QTY: _____

REFILLS: ___

PRESCRIBER INFORMATION:

NAME: RADHA K. GARA

PHONE: 718-835-4199

NPI# 1922354547

LIC# 237012

PHYSICIAN SIGNATURE: _____

DATE: 10-10-18

### PRESCRIPTION ORDER FORM

**NVRX PHARMACY INC.**
178-07 Union Turnpike Fresh Meadows, NY, 11366
Tel: 718-673-7272  FAX: 718-673-7327

ALL COMPOUND TOPICAL CREAMS ARE PREPARED IN ACCORDANCE WITH STATE AND FEDERAL REGULATIONS GOVERNING COMPOUNDS. COMPOUNDS ARE AVAILABLE BY PRESCRIPTION ONLY. THIS FACSIMILE TRANSMISSION IS INTENDED TO BE DELIVERED TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND PROPRIETARY OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF IT RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE PLEASE DESTROY. COPYRIGHT 2016

NAME: [redacted]   D.O.B: [redacted]   D.O.A: 09/30/18
ADDRESS: ____   CITY: ____   STATE: ____   ZIP: ____
PHONE: ( )   ALLERGIES: NKDA
ICD-9/BODYPARTS: ____

**IBUPROFEN TABS 800 MG** (circled)
SIG: 1 tab PO q6
DISP: 30 / 60 / 90 (60 circled)
REFILLS: 0

**NAPROXEN 500MG**
SIG: ____
DISP: 30 60 90
REFILLS: ____

**LIDOCAINE 5% OINTMENT**
SIG: APPLY UP TO AFFECTED AREAS TWICES A DAY
DISP: 100 __ 150 __ 200 __ 250gr
REFILLS: ____

**DICLOFENAC SODIUM 3% GEL** (circled)
SIG: APPLY TO AFFECTED AREAS TWICE A DAY
DISP: 100 / 200 / 300 Grams (200 circled)
REFILLS: 0

**DICLOFENAC SODIUM 3% GEL 100 GRAM WITH LIDOCAINE OINTMENT 5% 100 GRAM**
APPLY TO AFFECTED AREAS TWICE A DAY
DISP: 200 GRAMS
REFILLS: ____

**CeleBREX 200 MG Oral Capsule**
SIG: ____
DISP: 30 60 90
REFILLS: ____

**NEXIUM 20MG**
SIG: ____
DISP: 30 60 90
REFILLS: ____

**FLEXIRIL 10MG**
SIG: ____
DISP: 30 60 90
REFILLS: ____

**BACLOFEN 10 mg**
SIG: ____
DISP: 60 90 120
REFILLS: ____

**PRESCRIBER INFORMATION:**
NAME: Boubert Carline, PA
ADDRESS: 717 Southern Blvd Bronx NY 10455
PHONE: 929-259-9502
NPI #: 1801185418   LIC#: 008145

STATEMENT OF MEDICAL NECESSITY:
SIDE EFFECTS ASSOCIATED WITH ORAL ADMINISTRATION CAN OFTEN BE AVOIDED WHEN MEDICATIONS ARE USED TOPICALLY. WHEN MEDICATIONS ARE ADMINISTERED TOPICALLY, THEY ARE NOT ABSORBED THROUGH THE GASTROINTESTINAL SYSTEM AND DO NOT UNDERGO FIRST-PASS HEPATIC METABOLISM. TOPICAL CREAMS/PATCHES WILL BE USED IN CONJUNCTION WITH LOWER DOSES OF ORAL MEDICATIONS TO PREVENT DEPENDENCE AND SIDE EFFECTS OF ORAL MEDICATIONS

SIG: ____
DISP: 30 60 90
REFILLS: ____

PHYSICIAN SIGNATURE: _(signed)_
Date: 10/4/18

## PRESCRIPTION ORDER FORM

**WELLMART RX INC.**
219-13 JAMAICA AVE QUEENS VILLAGE NY, 11428
TEL: 718-704-0508 FAX: 718-704-0818

ALL COMPOUND TOPICAL CREAMS ARE PREPARED IN ACCORDANCE WITH STATE AND FEDERAL REGULATIONS GOVERNING COMPOUNDS. COMPOUNDS ARE AVAILABLE BY PRESCRIPTION ONLY. THIS FACSIMILE TRANSMISSION IS INTENDED TO BE DELIVERED TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND PROPRIETARY OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF IT RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE PLEASE DESTROY. COPYRIGHT 2016

NAME: _____  D.O.B: _____  D.O.A: _____
ADDRESS: _____ CITY: _____ STATE: ____ ZIP: ____
PHONE: (___) _____ ALLERGIES: _____
ICD-9/BODYPARTS: _____

### COMPOUND KETOPROFEN
KETOPROFEN POW 60 GRAMS
BACLOFEN POW 3 GRAMS
LIDOCAINE POW 3.75 GRAMS
CYCLOBENZAPRINE POW 3 GRAMS
GABAPENTIN POW 9 GRAMS
ETHOXY DIGLYCOL LIQ 26.25 ML

Rx#:60064  R#0  9/7/2018 GC
#: 30  tiZANidine HCL TAB 4MG   57664-0503-89
Dr FERSEL, JORDAN (718)356-9222 Lic # 162725 DEA #
Copay $0.00 Ins Paid $48.95 Auth#

### COMPOUND FLURBIPROFEN
FLURBIPROFEN POW 20 GRAMS
BACLOFEN POW 4 GRAMS
LIDOCAIN POW 5 GRAMS
GABAPENTIN POW 6 GRAMS
CYCLOBENZAPRINE POW 2 GRAMS
ETHOXY DIGLYCOL LIQ 15 ML
PENTRAVAN CREAM 48 GRAMS

DISP: 100 GRAMS   REFILLS: ____
SIG: APPLY TO AFFECTED AREA TID

### LIDODERM 5% PATCH
SIG: APPLY UP TO 3 PATCHES TO AFFECTED AREA 12 HOURS ON 12 HOURS OFF

DISP: 30 ____ 60 ____ 90
REFILLS: ____

### LIDOCAINE OINTMENT 5%
APPLY TO AFFECTED AREAS TWICE A DAY
DISP: ____ 100 ____ 150 ____ 200 ____ 250 Grams
REFILLS: ____

### DICLOFENAC SODIUM 3% GEL
SIG: APPLY TO AFFECTED AREAS TWICE A DAY
DISP: ____ 100 ____ 200 ____ 300 Grams
REFILLS: ____

Tizanidine 4x

### NAPROXEN 550MG
SIG: _____
DISP: ____ 60 ____ 90 ____ 120
REFILLS: ____

### NEXIUM 20MG
SIG: _____
DISP: ____ 30 ____ 60 ____ 90
REFILLS: ____

### MEXILETINE 10MG
SIG: _____
DISP: 30 ____ ____ ____
REFILLS: 1

### CeleBREX 200 MG Oral Capsule
DISP: ____ 30 ____ 60 ____ 90
SIG: _____
REFILLS: _____

SIG: _____

DISP: ____ 30 ____ 60 ____ 90
REFILLS: _____

### PRESCRIBER INFORMATION:
NAME: JORDAN FERSEL, M.D.
PHONE: 718-356-9222
NPI # 1881685519
DEA # _____  NY 162725

STATEMENT OF MEDICAL NECESSITY:

SIDE EFFECTS ASSOCIATED WITH ORAL ADMINISTRATION CAN OFTEN BE AVOIDED WHEN MEDICATIONS ARE USED TOPICALLY. WHEN MEDICATIONS ARE ADMINISTERED TOPICALLY, THEY ARE NOT ABSORBED THROUGH THE GASTROINTESTINAL SYSTEM AND DO NOT UNDERGO FIRST-PASS HEPATIC METABOLISM. TOPICAL CREAMS/PATCHES WILL BE USED IN CONJUNCTION WITH LOWER DOSES OF ORAL MEDICATIONS TO PREVENT DEPENDENCE AND SIDE EFFECTS OF ORAL MEDICATIONS.

PHYSICIAN SIGNATURE: _____
Date: 8/29/18

## PRESCRIPTION ORDER FORM

**WELLMART RX INC.**
219-18 JAMAICA VE QUEENS VILLAGE NY, 11428
TEL: 718-704-0808 FAX: 718-704-0818

ALL COMPOUNDS ARE PREPARED IN ACCORDANCE WITH STATE AND FEDERAL REGULATIONS GOVERNING COMPOUNDS. COMPOUNDS ARE AVAILABLE BY PRESCRIPTION ONLY. THIS FACSIMILE TRANSMISSION IS INTENDED TO BE DELIVERED TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND PROPRIETARY OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF IT RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE PLEASE DESTROY. COPYRIGHT 2016

NAME: ▓▓▓▓▓ D.O.B: ▓▓▓▓▓ D.O.A:
ADDRESS: CITY: STATE: ZIP:
PHONE: (     )          ALLERGIES:
ICD-9/BODYPARTS:

### COMPOUND KETOPROFEN:
KETOPROFEN POW 60 GRAMS
BACLOFEN POW 3 GRAMS
LIDOCAINE POW 3.75 GRAMS
CYCLOBENZAPRINE POW 3 GRAMS
GABAPENTIN POW 9 GRAMS
ETHOXY DIGLYCOL LIQ 26.25 ML
PENTRAVAN CREAM 75 GRAMS

DISP: 180 GRAMS    REFILLS:
SIG: APPLY TO AFFECTED AREA TID

### COMPOUND FLURBIPROFEN:
FLURBIPROFEN POW 20 GRAMS
BACLOFEN POW 4 GRAMS
LIDOCAIN POW 5 GRAMS
GABAPENTIN POW 6 GRAMS
CYCLOBENZAPRINE POW 2 GRAMS
ETHOXY DIGLYCOL LIQ 15 ML
PENTRAVAN CREAM 46 GRAMS

DISP: 100 GRAMS    REFILLS:
SIG: APPLY TO AFFECTED AREA TID

### LIDODERM 5% PATCH
SIG: APPLY UP TO 3 PATCHES TO AFFECTED AREA 12 HOURS ON 12 HOURS OFF

DISP: ___ 30 ___ 60 ___ 90
REFILLS:

### LIDOCAINE OINTMENT 5%
APPLY TO AFFECTED AREAS TWICE A DAY
DISP: ___ 100 ___ 150 ___ 200 ___ 250 Grams
REFILLS:

### DICLOFENAC SODIUM 3% GEL
SIG: APPLY TO AFFECTED AREA TWICE A DAY
DISP: ___ 100 ___ 200 ___ (300) Grams
REFILLS: 0

### NAPROXEN 550MG
SIG:
DISP: ___ 60 ___ 90 ___ 120
REFILLS:

### NEXIUM 20MG
SIG:
DISP: ___ 30 ___ 60 ___ 90
REFILLS:

### FLEXIRIL 10MG
SIG:
DISP: ___ 30 ___ 60 ___ 90
REFILLS:

### CeleBREX 200 MG Oral Capsule
DISP: ___ 30 ___ 60 ___ 90
SIG:
REFILLS:

SIG:
DISP: ___ 30 ___ 60 ___ 90
REFILLS:

**PRESCRIBER INFORMATION:**
NAME: JORDAN FERSEL M.D.
PHONE: 718-356-9222
NPI # 1881685519    UC# 048662    NY 162725
STATEMENT OF MEDICAL NECESSITY:

SIDE EFFECTS ASSOCIATED WITH ORAL ADMINISTRATION CAN OFTEN BE AVOIDED WHEN MEDICATIONS ARE USED TOPICALLY. WHEN MEDICATIONS ARE ADMINISTERED TOPICALLY, THEY ARE NOT ABSORBED THROUGH THE GASTROINTESTINAL SYSTEM AND DO NOT UNDERGO FIRST-PASS HEPATIC METABOLISM. TOPICAL CREAMS/PATCHES WILL BE USED IN CONJUNCTION WITH LOWER DOSES OF ORAL MEDICATIONS TO PREVENT DEPENDENCE AND SIDE EFFECTS OF ORAL MEDICATIONS

PHYSICIAN SIGNATURE: _[signature]_
Date: 10/12/18

# PRESCRIPTION ORDER FORM
## NYRX PHARMACY INC.
179-07 Union Turnpike, Fresh Meadows, NY, 11366
Tel: 718-673-7272    FAX: 718-673-7327

ALL COMPOUND TOPICAL CREAMS ARE PREPARED IN ACCORDANCE WITH STATE AND FEDERAL REGULATIONS GOVERNING COMPOUNDS. COMPOUNDS ARE AVAILABLE BY PRESCRIPTION ONLY. THIS FACSIMILE TRANSMISSION IS INTENDED TO BE DELIVERED TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND PROPRIETARY OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF IT RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE PLEASE DESTROY. COPYRIGHT 2016

NAME: [redacted]    D.O.B: ____    D.O.A: ____
ADD: [redacted]    CITY: ____    STATE: ____    ZIP: ____
PHONE:(___)_____    ALLERGIES:_____
ICD-9/BODYPARTS:_____

**IBUPROFEN TABS 600 MG**
SIG:_____
DISP.: __30 __60 __90
REFILLS:____

**NAPROXEN 550MG**
SIG:_____
DISP: __30 __60 __90
REFILLS:____

**LIDOCAINE 5% OINTMENT**
SIG: APPLY UP TO AFFECTED AREAS TWICES A DAY
DISP: __100 __150 __200 __250gr
REFILLS:____

**DICLOFENAC SODIUM 3% GEL**
SIG: APPLY TO AFFECTED AREAS TWICE A DAY
DISP: __100 ✓200 __300 Grams
REFILLS: 3

**DICLOFENAC SODIUM 3% GEL 100 GRAM WITH LIDOCAINE OINTMENT 5% 100 GRAM**
APPLY TO AFFECTED AREAS TWICE A DAY
DISP: 200 GRAMS
REFILLS:____

**CeleBREX 200 MG Oral Capsule**
SIG:_____
DISP: __30 __60 ✓90
REFILLS: 3

**NEXIUM 20MG**
SIG:_____
DISP: __30 __60 __90
REFILLS:____

**FLEXIRIL 10MG**
SIG:_____
DISP: __30 __60 __90
REFILLS:____

**BACLOFEN 10 mg**
SIG:_____
DISP: __60 ✓90 __120
REFILLS: 2

PRESCRIBER INFORMATION:
NAME: Howard I Baum
ADDRESS: 108-25 Merrick Blvd Jamaica NY 114
PHONE: (718)658-9700
NPI # 1063529287    AJC# 184624

STATEMENT OF MEDICAL NECESSITY:
SIDE EFFECTS ASSOCIATED WITH ORAL ADMINISTRATION CAN OFTEN BE AVOIDED WHEN MEDICATIONS ARE USED TOPICALLY. WHEN MEDICATIONS ARE ADMINISTERED TOPICALLY, THEY ARE NOT ABSORBED THROUGH THE GASTROINTESTINAL SYSTEM AND DO NOT UNDERGO FIRST-PASS HEPATIC METABOLISM. TOPICAL CREAMS/PATCHES WILL BE USED IN CONJUNCTION WITH LOWER DOSES OF ORAL MEDICATIONS TO PREVENT DEPENDENCE AND SIDE EFFECTS OF ORAL MEDICATIONS

SIG:_____
DISP: __30 __60 __90
REFILLS:____

PHYSCIAN SIGNATURE: [signature]
Date: 1/27/19

# PRESCRIPTION ORDER FORM
## NYRX PHARMACY INC.
179-07 Union Turnpike, Fresh Meadows, NY, 11366
Tel: 718-673-7272   FAX: 718-673-7327

ALL COMPOUND TOPICAL CREAMS ARE PREPARED IN ACCORDANCE WITH STATE AND FEDERAL REGULATIONS GOVERNING COMPOUNDS. COMPOUNDS ARE AVAILABLE BY PRESCRIPTION ONLY. THIS FACSIMILE TRANSMISSION IS INTENDED TO BE DELIVERED TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND PROPRIETARY OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF IT RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE PLEASE DESTROY. COPYRIGHT 2016

NAME: ___   DOB: ___   D.O.A: ___
ADDRESS: ___   CITY: ___   STATE: ___   ZIP: ___
PHONE: (___) ___   ALLERGIES: ___
ICD-9/BODYPARTS: ___

**IBUPROFEN TABS 600 MG**
SIG: ___
DISP: __30 __60 __90
REFILLS: ___

**NAPROXEN 550MG**
SIG: ___
DISP: __30 __60 __90
REFILLS: ___

**LIDOCAINE 5% OINTMENT**
SIG: APPLY UP TO AFFECTED AREAS TWICES A DAY
DISP: __100 __150 __200 __250gr
REFILLS: ___

**DICLOFENAC SODIUM 3% GEL**
SIG: APPLY TO AFFECTED AREAS TWICE A DAY
DISP: __100 ✓200 __300 Grams
REFILLS: 3

**DICLOFENAC SODIUM 3% GEL 100 GRAM WITH LIDOCAINE OINTMENT 5% 100 GRAM**
APPLY TO AFFECTED AREAS TWICE A DAY
DISP: 200 GRAMS
REFILLS: ___

**CeleBREX 200 MG Oral Capsule**
SIG: ___
DISP: __30 __60 ✓90
REFILLS: 3

**NEXIUM 20MG**
SIG: ___
DISP: __30 __60 __90
REFILLS: ___

**FLEXIRIL 10MG**
SIG: ___
DISP: __30 __60 __90
REFILLS: ___

**BACLOFEN 10 mg**
SIG: ___
DISP: __60 __90 __120
REFILLS: ___

SIG ___
DISP: __30 __60 __90
REFILLS: ___

**PRESCRIBER INFORMATION:**
NAME: Howard I Baum
ADDRESS: 108-25 Merrick Blvd Jamaica NY 114__
PHONE: (718) 658-9700
NPI #: 1063529287   AIC#: 184624

**STATEMENT OF MEDICAL NECESSITY:**
SIDE EFFECTS ASSOCIATED WITH ORAL ADMINISTRATION CAN OFTEN BE AVOIDED WHEN MEDICATIONS ARE USED TOPICALLY. WHEN MEDICATIONS ARE ADMINISTERED TOPICALLY, THEY ARE NOT ABSORBED THROUGH THE GASTROINTESTINAL SYSTEM AND DO NOT UNDERGO FIRST-PASS HEPATIC METABOLISM. TOPICAL CREAMS/PATCHES WILL BE USED IN CONJUNCTION WITH LOWER DOSES OF ORAL MEDICATIONS TO PREVENT DEPENDENCE AND SIDE EFFECTS OF ORAL MEDICATIONS

PHYSCIAN SIGNATURE: [signature]
Date: 12/18/__