

**OFFICIAL NEW YORK STATE PRESCRIPTION**

RAFAEL A DE LA CRUZ GOMEZ  MD
LIC: 185160
NPI: 1538219605

1570 MCDONALD AVENUE APT 2W BRONX, NY  10461 (929) 841-4538

PRACTITIONER DEA NUMBER

Patient Name ▓▓▓▓▓▓▓▓▓▓▓▓ Date 6/25/19

Address _____

City _____ State ____ Zip _____ Age ____ Sex M / ✓

℞

### Diclofenac Sodium Gel 3%
( ) 100gm  ( ✓ ) 200gm
Apply 2-4 grams to the aa  bid

☐ LEP  Preferred Language

Prescriber Signature  X _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS  ☐ None
         Refills/  1

PHARMACIST
TEST AREA:          Dispense As Written

**8TD1HR 33**

07 18 19

**OFFICIAL NEW YORK STATE PRESCRIPTION**

RAFAEL A DE LA CRUZ GOMEZ MD
LIC: 185160
NPI: 1538219805

1570 MCDONALD AVENUE APT 2W BRONX, NY 10461 (929) 841-4538

Patient Name _____ 5/28/19

Address _____

City _____ State _____ Zip _____ Age _____ Sex M F

Rx.

Diclofenac Sodium Gel 3%
( ) 100gm  (✓) 200gm
Apply 2-4 grams to the aa bid

LEP  Preferred Language

Prescriber Signature X _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS   ☐ None
          Re-Qty ___

PHARMACIST
TEST AREA:

MAXIMUM DAILY DOSE

0TD1HR 25

Dispense As Written

**OFFICIAL, NEW YORK STATE PRESCRIPTION**

RAFAEL A DE LA CRUZ GOMEZ MD
LIC: 189160
NPI: 1538219605

1570 MCDONALD AVENUE APT 2W BRONX, NY 10461 (929) 841-4538

Patient Name ▇▇▇▇▇▇▇▇ Date 8/22/18

Address

City _____ State ___ Zip ___ Age ___ Sex M/F

℞

Diclofenac Sodium Gel 3%
( ) 100gm  ( ) 200gm
Apply 2-4 grams to the aa  bid

LEP ☐ Preferred Language

Prescriber Signature X_____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS   ☐ None    1
          ☐ Refills

PHARMACIST
TEST AREA:                 Dispense As Written

**0TD1HJ 35**

01 07 19



RAFAEL A DE LA CRUZ GOMEZ MD
LIC: 185160
NPI: 1538219505

1570 MCDONALD AVENUE APT 2W BRONX NY 10461 (929) 841-4538

Patient Name

Address

City                State      Zip      Age        Sex

Rx

**Diclofenac Sodium Gel 3%**
( ) 100gm    ( ) 200gm
Apply 2-4 grams to the as bid

Date 4/15/18

M ✓

LEP, Preferred Language

Prevent medication errors: Please see back of prescription.

Prescriber Signature X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS    □ None,
           Refills

PHARMACIST
TEST AREA:

Dispense As Written

**0TD1HP 27**

07 22 19

**OFFICIAL NEW YORK STATE PRESCRIPTION**

RAFAEL A DE LA CRUZ GOMEZ MD
LIC: 185160
NPI: 1538219605

1570 MCDONALD AVENUE APT 2W BRONX, NY 10461 (929) 841-4538

PRACTITIONER DEA NUMBER

Patient Name _____ Date 6/4/19

Address _____

City _____ State ____ Zip ____ Age ____ Sex M F

℞

Diclofenac Sodium Gel 3%
( ) 100gm ( ) 200gm
Apply 2-4 grams to the aa bid

LEP  Preferred Language

Prescriber Signature &

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS  None
Refills

PHARMACIST
TEST AREA:

Dispense As Written

0TD1HR 27

12 03 18

**OFFICIAL NEW YORK STATE PRESCRIPTION**

RAFAEL A DE LA CRUZ GOMEZ MD
LIC: 185160
NPI: 1538219605

1570 MCDONALD AVENUE APT 2W BRONX, NY  10461 (929) 841-4538

Patient Name ███████████  Date 10/11/18

Address

City _____ State ____ Zip ____ Age ____ Sex F

Rx

Diclofenac Sodium Gel 3%
( ) 100gm   ( ) 200gm
Apply 2-4 grams to the aa  bid

Preferred Language

Prescriber Signature X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS   None   Refills

0TD1HP 15

PHARMACIST
TEST AREA:

Dispense As Written

04 02 19

**OFFICIAL NEW YORK STATE PRESCRIPTION**

RAFAEL A DE LA CRUZ GOMEZ  MD
LIC: 165160
NPI: 1538219605

1570 MCDONALD AVENUE APT 2W BRONX, NY  10461 (929) 841-4538

Patient Name _____   2/12/19

Address _____

City _____ State _____ Zip _____ Age _____ Sex M ☑

℞

Diclofenac Sodium Gel 3%
( ) 100gm    +  200gm
Apply 2-4 grams to the aﬀ bid

LEP   Preferred Language

Prescriber Signature X _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS   None
           Refills  1                                 0TD1HQ  35

PHARMACIST
TEST AREA:

SW CNYR                                                                      2
OI        Rxll 62432      RBf 0  11/19/2018  GC

#: 200  DICLOFENAC GEL 3%                              68462-0355-94
Dr: DELACRUZ GOMEZ RAFAEL  (718)262-8400 Lic # 185160  DEA #
Copay: $0.00   Ins.Paid: $2269.56   Auth#:

RAFAEL A DE LA CRUZ GOMEZ  MD
LIC: 185160
NPI: 1538219605

1570 MCDONALD AVENUE APT 2W BRONX, NY  10461 (929) 841-4538

PRACTITIONER DEA NUMBER

Patient Name _____  Date  11/6/18

Address _____

City _____ State ____ Zip ____ Age ____  Sex M/F

℞   Diclofenac Sodium Gel 3%
     ( ) 100gm      ( ) 200gm
     Apply 2-4 grams to the aa  bid

☐ LEP  Preferred Language
Prevent medication errors. Please see back of prescription.

MAXIMUM DAILY DOSE
(controlled substances only)

Prescriber Signature  X _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS   ☐ None
          Refills: (                  )        0TD1HP  22

PHARMACIST
TEST AREA:                    Dispense As Written

SW CNVRxPadUA487005X  P  Pad 6 of 10 11/14/2017  N

## OFFICIAL NEW YORK STATE PRESCRIPTION  2

RAFAEL A DE LA CRUZ GOMEZ  MD
LIC: 185160
NPI: 1538219605

1570 MCDONALD AVENUE APT 2W BRONX, NY 10461 (929) 841-4538

PRACTITIONER DEA NUMBER

Patient Name _____ Date 2/12/19

Address _____

City _____ State ___ Zip ___ Age ___ Sex M | F

**Rx**

### Diclofenac Sodium Gel 3%
( ) 100gm  ( ) 200gm
Apply 2-4 grams to the aa  bid

LEP  Preferred Language

Please select one above. Please specify all prescriptions.

MAXIMUM DAILY DOSE
(controlled substances only)

Prescriber Signature X _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS  [ ] None
         Bottle

0TD1HQ  33

PHARMACIST
TEST AREA:                Dispense As Written

06 10 19

**OFFICIAL NEW YORK STATE PRESCRIPTION**

RAFAEL A DE LA CRUZ GOMEZ  MD
LIC: 185160
NPI: 1538219605

1570 MCDONALD AVENUE APT 2W BRONX, NY  10461 (929) 841-4538

Patient Name ▮▮▮▮▮▮▮▮▮▮▮  Date 4/28/19

Address

City _____ State _____ Zip _____ Age _____ Sex __ F

℞

Diclofenac Sodium Gel 3%
( | 100gm   | | 200gm
Apply 2-4 grams to the aa  bid

LEP   Preferred Language:

Prescriber Signature X _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS   None
Refills

PHARMACIST
TEST AREA:

0TD1HR 09



OFFICIAL NEW YORK STATE PRESCRIPTION

BRONX COUNTY MEDICAL CARE PC

JEAN-PIERRE G BARAKAT MD
LIC: 250159
NPI: 1205086329
DEA: FB1087065

NEW YORK FIRE DEPT 9 METRO TECH CENTER BROOKLYN, NY 11201 (347) 346-6580
NEW DORP MEDICAL 4247 RICHMOND AVE STATEN ISLAND, NY 10312 (718) 605-4000

PRACTITIONER DEA NUMBER                                    Date 3/2/1

Patient Name

Address                                                 Sex
City _____ State ___ Zip ___ Age       M F

Rx
                    Lidocaine 5% Ointment
                    QTY: 250 grams
                    Apply TWICE DAILY to site AA BID

LEP  Preferred Language                               MAXIMUM DAILY DOSE
Prevent medication errors. Please see back of prescription.    (controlled substances only)

Prescriber Signature X
THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS   None                    0TF7GN 02
          Refills:

PHARMACIST
TEST AREA:          Dispense As Written

SW CNYRxPadNYS45000  P. Pad 18 of 20 3/6/2016  N

# OFFICIAL NEW YORK STATE PRESCRIPTION

3

JEAN-PIERRE G BARAKAT MD
LIC: 250159
NPI: 1205086329
DEA: FB1087065

NEW YORK FIRE DEPT 9 METRO TECH CENTER BROOKLYN, NY 11201 (347) 246-6575
FARROCKAWAY MEDICAL PC 712 BEACH 20TH ST FAR ROCKAWAY, NY 11691 (347) 246-6575

PRACTITIONER DEA NUMBER

Patient Name

Address

City                                                    Date  4/1/16

Rx                                              Age          Sex  M / F

LIDOCAINE 5% OINT
Apply 1-2 Grams Up To 4 Times
Daily
Disp: 200gm

LEP.  Preferred Language
Prevent medication errors, Please see back of prescription.

Prescriber Signature  X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS     None                                    MAXIMUM DAILY DOSE
             Refills:                                (controlled substance only)

PHARMACIST
TEST AREA:                                          06ZNS2 04

Dispense As Written

06 03 19

SW CNYRxPackMV682256  P  Pad 2 of 10 1/30/2018  N

# OFFICIAL NEW YORK STATE PRESCRIPTION

4

## BRONX COUNTY MEDICAL CARE PC

JEAN-PIERRE G BARAKAT MD
LIC: 250159
NPI: 1205086329
DEA: FB1087065

NEW YORK FIRE DEPT 9 METRO TECH CENTER BROOKLYN, NY 11201 (347) 346-6580
NEW DORP MEDICAL 4247 RICHMOND AVE STATEN ISLAND, NY 10312 (718) 605-4000

PRACTITIONER DEA NUMBER

Patient Name ████████████████  Date 3/25/19

Address _____

City _____ State ____ Zip _____ Age ____ Sex M / F

℞

Lidocaine 5% Ointment
QTY: 250 grams
Apply TWICE DAILY to the AA BID

☐ LEP  Preferred Language _____
Prevent medication errors. Please see back of prescription.

MAXIMUM DAILY DOSE
(controlled substances only)

Prescriber Signature X _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS  ☐ None
Refills: _____

0TF7GM 95

PHARMACIST
TEST AREA:          Dispense As Written

07 08 19

BW CNYRxPadMV778000  P  Pad 2 of 5 11/7/2014  N

## OFFICIAL NEW YORK STATE PRESCRIPTION

4

**JEAN-PIERRE G BARAKAT MD**
LIC: 250159
NPI: 1205086329
DEA: FB1087065

NEW YORK FIRE DEPT 9 METRO TECH CENTER BROOKLYN, NY 11201 (347) 246-6575
FARROCKAWAY MEDICAL PC 712 BEACH 20TH ST FAR ROCKAWAY, NY 11691 (347) 246-6575

PRACTITIONER TEST IN BOX(ES)

Patient Name _____   Date 5/16/9

Address _____

City _____ State ____ Zip ____ Age ____   Sex M / F.

℞

### DICLOFENAC 3% GEL
Apply To Affected Area
2-3 Times A Day
Disp: 200gm

LEP ☐  Preferred Language _____
Prevent medication errors. Please see back of prescription.

MAXIMUM DAILY DOSE
(controlled substances only)

Prescriber Signature X _____
THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'd.a.w' IN THE BOX BELOW

REFILLS ☐ NONE ☐
Refills: _____

0S4DHR 74

PHARMACIST
TEST AREA:                    Dispense As Written

06 03 19

SW CNYRxPad#M345000  P  Pad 18 of 20 2/6/2018  N                                    3

# OFFICIAL NEW YORK STATE PRESCRIPTION

JEAN-PIERRE G BARAKAT MD
LIC: 250159
NPI: 1205086329
DEA: FB1087065

NEW YORK FIRE DEPT 9 METRO TECH CENTER BROOKLYN, NY 11201 (347) 246-8575
FARROCKAWAY MEDICAL PC 712. BEACH 20TH ST FAR ROCKAWAY, NY 11691 (347) 246-8575

PRACTITIONER DEA NUMBER

Patient Name _____  Date _____

Address _____

City _____ State ____ Zip ____ Age ____  Sex  ☐M  ☐F

Rx

## DICLOFENAC 3% GEL

Apply To Affected Area
2-3 Times A Day
Disp: 200gm

LEP  Preferred Language _____

Prevent medication errors. Please see back of prescription.

MAXIMUM DAILY DOSE
(controlled substances only)

Prescriber Signature X _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES d.a.w IN THE BOX BELOW

REFILLS  ☐ None
         Refills: ____

**0SZNS2 01**

PHARMACIST
TEST AREA:                    Dispense As Written

07 19 19

SW CN

Rxff: 68626

Dr. BARAKAT, JEAN-PIERRE G.   GEL 3%
(747)446-4586 Lic# DEA #   68462-0355-94
Copay: $0.00   Ins.Paid: $2269.56   Auth#

4

JEAN-PIERRE G BARAKAT MD
LIC: 250159
NPI: 1205086329
DEA: FB1087065

NEW YORK FIRE DEPT 9 METRO TECH CENTER BROOKLYN, NY 11201 (347) 246-6575
FARROCKAWAY MEDICAL PC 712 BEACH 20TH ST FAR ROCKAWAY, NY 11691 (347) 246-6575

PRACTITIONER DEA NUMBER

Patient Name _____   Date 6/34/19

Address _____

City _____ State _____ Zip _____ Age _____ Sex (M /F)

℞

Diclofenac Sodium Gel 3%
[ ] 100gm   [ ] 200gm
Apply 2-4 grams to the aa bid

LEP ____ Preferred Language _____
Prevent medication errors. Please see back of prescription.

Prescriber Signature X _____

MAXIMUM DAILY DOSE
(controlled substances only)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS _____

084DHR 94

PHARMACIST
TEST AREA:

Dispense As Written

06 03 19

BW CNYRxPadMxIM45000  P  Pad 18 of 20  2/6/2018  N

## OFFICIAL NEW YORK STATE PRESCRIPTION

3

JEAN-PIERRE G BARAKAT MD
LIC: 250159
NPI: 1205086329
DEA: FB1087065

NEW YORK FIRE DEPT 9 METRO TECH CENTER BROOKLYN, NY 11201 (347) 246-8575
FARROCKAWAY MEDICAL PC 712 BEACH 20TH ST FAR ROCKAWAY, NY 11691 (347) 246-8575

PRACTITIONER

Date 4/18/4

Patient Na

Sex
M F

Address

City ___ State ___ Zip ___ Age ___

Rx

## DICLOFENAC 3% GEL
Apply To Affected Area
2-3 Times A Day
Disp: 200gm

LEP:  Preferred Language
Prevent medication errors. Please see back of prescription.

MAXIMUM DAILY DOSE
(controlled substances only)

Prescriber Signature X
THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'd.a.w' IN THE BOX BELOW

0SZNS2  12

REFILLS
Refills:

PHARMACIST
TEST AREA:

Dispense As Written

SW CNYRxPadMV682298  P  Pad 3 of 10  1/30/2018  N

## OFFICIAL NEW YORK STATE PRESCRIPTION 4

**BRONX COUNTY MEDICAL CARE PC**

JEAN-PIERRE G BARAKAT MD
LIC: 250159
NPI: 1205086329
DEA: FB1087065

NEW YORK FIRE DEPT 9 METRO TECH CENTER BROOKLYN, NY 11201 (347) 346-6580
NEW DORP MEDICAL 4247 RICHMOND AVE STATEN ISLAND, NY 10312 (718) 605-4000

PRACTITIONER  DEA NUMBER

Patient Name ▮▮▮▮▮▮▮▮▮▮

Address ▮▮▮▮▮▮▮▮▮▮▮▮         Date 4/3/15

City _____

Rx _____ State ____ Zip____ Age____  Sex ☑ M ☐ F

Lidocaine 5% Ointment
QTY: 250 grams
Apply TWICE DAILY to the AA BID

☐ LEP   Preferred Language _____
Prevent medication errors. Please see back of prescription.

Prescriber Signature  X _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS  ☐ None
         Refills: _____

MAXIMUM DAILY DOSE
(controlled substances only)

PHARMACIST
TEST AREA:

**0TF7GN 26**

Dispense As Written

09 20 19

SW CNYRxPadMV8A5000  P  Pad 1 of 20 2/8/2018  N

## OFFICIAL NEW YORK STATE PRESCRIPTION

3

**JEAN-PIERRE G BARAKAT MD**
LIC: 250159
NPI: 1205086329
DEA: FB1087065

NEW YORK FIRE DEPT 9 METRO TECH CENTER BROOKLYN, NY  11201 (347) 246-8575
FARROCKAWAY MEDICAL PC 712 BEACH 20TH ST FAR ROCKAWAY, NY  11691 (347) 246-8575

PRACTITIONER DEA NUMBER

Patient Name _____     Date 7/31/18

Address _____

City _____ State ____ Zip ____ Age 21   Sex M [✓]

℞

Lidocaine 5% Ointment
QTY: 250 grams
Apply TWICE DAILY to the AA BID

[ ] LEP  Preferred Language _____

Prevent medication errors. Please see back of prescription.

Prescriber Signature X _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'd.a.w.' IN THE BOX BELOW

REFILLS [ ] _____
         Refills

PHARMACIST
TEST AREA:

Dispense As Written

MAXIMUM DAILY DOSE
(controlled substance only)

0SZNRJ 11

09 20 19

SW CNYRxPadMVTG6346  P  Pad 13 of 20 1G4/2013  N

## OFFICIAL NEW YORK STATE PRESCRIPTION

4

☐ GERARD A CASEY MD
LIC: 175757

☐ SAMANTHA LAM DO
LIC: 229110 NPI: 1306931775

☐ SARAH E GLEACHER MD
LIC: 235446 NPI: 1194829927

☐ ANN D MARCHESANO MD
LIC: 192970 NPI: 1023036496

☐ JANICE PANG DO
LIC: 212079 NPI: 1376506872

☐ MARK V. SPADARO MD
LIC: 188751 NPI: 1477515718

☐ JAMES CHENG MD
LIC: 211386 NPI: 1814990126

☐ JEFFREY KEELOW MD
LIC: 257500

☐ JEAN-PIERRE G BARAKAT MD
LIC: 250159 NPI: 1205086929

NYC FIRE DEPARTMENT 9 METRO TECH CENTER BROOKLYN, NY 11201 (718) 999-1937

PRACTITIONER DEA NUMBER

Patient Name ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇         Date 7/29/19

Address _____

City _____ State _____ Zip _____ Age ▇▇  Sex M F

℞

Lidocaine 5% Ointment
QTY: 250 grams
Apply TWICE DAILY to the AA BID

☐ LEP  Preferred Language _____

Prevent medication errors, Please see back of prescription.

MAXIMUM DAILY DOSE
(controlled substances only)

Prescriber Signature  X _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS    ☐ None
            Refills: _____

0R7BY3 47

PHARMACIST
TEST AREA:                    Dispense As Written

08 09 19

**OFFICIAL NEW YORK STATE PRESCRIPTION**

ANANTHAKUMAR THILAINATHAN MD
LIC. 291751
NPI: 1285900621

1849 UTICA AVENUE BROOKLYN, NY 11234 (516) 582-1948

Patient Name                                    Date 05 30 18

Address

City                          State      Zip      Age

Rx

Diclofenac 3-1 gel
#200 grams
Apply to affected areas
twice a day, for 30 days

Prevent medication errors. Print out best of prescription.

Prescriber Signature

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

6TKYXT 88

REFILLS