**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.,

Plaintiff(s)
Petittioner(s)

- against -

NYRX PHARMACY, INC. ET AL.,

Defendant(s)
Respondent(s)

INDEX #:
1:20-CV-05821-BMC
DATE FILED:
12/02/2020

ATTORNEY FILE#:
5100-3065

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 12/15/2020, 10:20AM at 64-19 184TH STREET, FRESH MEADOWS, NY 11365, deponent served a SUMMONS IN A CIVIL ACTION & COMPLAINT WITH EXHIBITS 1-3 AND CIVIL COVER SHEET on YURIY AVULOV, a defendant in the above action.

By delivering a true copy thereof to and leaving with DANIELLE AVULOV/DAUGHTER, a person of suitable age and discretion at the above address, the said premises being the defendant's dwelling place/usual place of abode within the State of NEW YORK.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 12/19/2020 addressed to defendant YURIY AVULOV at 64-19 184TH STREET, FRESH MEADOWS, NY 11365 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant, YURIY AVULOV.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 24   Approximate height 5'06"   Approximate weight 135   Color of skin WHITE   Color of hair BROWN   Other
GLASSES & NY LICENSE PLATE #: JGY9779

DANIELLE AVULOV told the deponent that YURIY AVULOV was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

TONY CONIGLIARO
License # 1220476

Sworn to before me on 12/24/2020
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2021