# **EXHIBIT D**

**PRESCRIPTION ORDER FORM**

**NVRX PHARMACY INC.**

179-07 Union Turnpike, Fresh Meadows, NY, 11366

Tel: 718-673-7272   FAX: 718-673-7327

ALL COMPOUND TOPICAL CREAMS ARE PREPARED IN ACCORDANCE WITH STATE AND FEDERAL REGULATIONS GOVERNING COMPOUNDS. COMPOUNDS ARE AVAILABLE BY PRESCRIPTION ONLY. THIS FACSIMILE TRANSMISSION IS INTENDED TO BE DELIVERED TO THE NAMED ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED, AND PROPRIETARY OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF IT RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE PLEASE DESTROY. COPYRIGHT 2016

D.O.B: _____   D.O.A: _____

_____ STATE: _____ ZIP: _____

PHONE:(___)_____ ALLERGIES:_____

ICD-9/BODYPARTS:_____

---

**IBUPROFEN TABS 600 MG**

SIG: _____

DISP: __30 __60 __90

REFILLS: _____

**NAPROXEN 550MG**

SIG: _____

DISP: __30 __60 __90

REFILLS: _____

**LIDOCAINE 5% OINTMENT**

SIG: APPLY UP TO AFFECTED AREAS TWICES A DAY

DISP: __100 __150 __200 __250gr

REFILLS: _____

**DICLOFENAC SODIUM 3% GEL**

SIG: APPLY TO AFFECTED AREAS TWICE A DAY

DISP: __100 ✓200 __300 Grams

REFILLS: 3

**DICLOFENAC SODIUM 3% GEL 100 GRAM WITH LIDOCAINE OINTMENT 5% 100 GRAM**

APPLY TO AFFECTED AREAS TWICE A DAY

DISP: 200 GRAMS

REFILLS: _____

**CeleBREX 200 MG Oral Capsule**

SIG: _____

DISP: __30 __60 __90

REFILLS: 3

**NEXIUM 20MG**

SIG: _____

DISP: __30 __60 __90

REFILLS: _____

**FLEXIRIL 10MG**

SIG: _____

DISP: __30 __60 __90

REFILLS: _____

**BACLOFEN 10 mg**

SIG: _____

DISP: __60 __90 __120

REFILLS: _____

SIG _____

DISP: __30 __60 __90

REFILLS: _____

**PRESCRIBER INFORMATION:**

NAME: Howard I Baum

ADDRESS: 108-25 Merrick BLVD Jamaica NY 114__

PHONE: (718) 658-9700

NPI # 1063529287   LIC# 184624

**STATEMENT OF MEDICAL NECESSITY:**

SIDE EFFECTS ASSOCIATED WITH ORAL ADMINISTRATION CAN OFTEN BE AVOIDED WHEN MEDICATIONS ARE USED TOPICALLY. WHEN MEDICATIONS ARE ADMINISTERED TOPICALLY, THEY ARE NOT ABSORBED THROUGH THE GASTROINTESTINAL SYSTEM AND DO NOT UNDERGO FIRST-PASS HEPATIC METABOLISM. TOPICAL CREAMS/PATCHES WILL BE USED IN CONJUNCTION WITH LOWER DOSES OF ORAL MEDICATIONS TO PREVENT DEPENDENCE AND SIDE EFFECTS OF ORAL MEDICATIONS

PHYSCIAN SIGNATURE: [signature]

Date: 12/17/__