

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**JENNIFER ABREU**
(516) 357-3218
jennifer.abreu@rivkin.com

July 12, 2021

**By ECF**
Honorable Brian Cogan
United District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**    Government Employees Ins. Company, et al. v. NYRX Pharmacy, Inc., et al.
             Docket No.: 1:20-cv-05821-BMC
             RR File No.: 005100-3065

Dear Judge Cogan:

We represent Plaintiffs (collectively "GEICO" or "Plaintiffs") in the above-referenced matter and write jointly with Defendants NYRX Pharmacy, Inc. and Yuriy Avulov (collectively, "Defendants").

We are pleased to advise the Court that the parties have reached a settlement in principle which resolves all claims asserted against the Defendants. To that end, the parties would need about two weeks to finalize the settlement documents and file the appropriate stipulations of dismissals.

Moreover, as the Court is aware, a hearing pertaining to an order to show cause issued against several non-parties is scheduled for tomorrow, July 13, 2021. Plaintiffs are ready to proceed with the hearing should the Court wish to do so. Alternatively, if the Court, in the interest of judicial economy is so inclined, we respectfully request an adjournment of the hearing in light of the settlement agreement, *sine die*. To date, none of the non-party witnesses or any counsel has contacted GEICO.

Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  RIVKIN RADLER LLP
                                    /s/
                                  Jennifer Abreu

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

RIVKIN RADLER LLP

July 12, 2021
Page 2

cc: All counsel via ECF

5362951.v1